UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOE SAUL CHICAS,

          Petitioner,

   v.

PAMELA BONDI, *et al.*,

          Respondents.

Case No. C26-451-RSM

ORDER GRANTING PETITIONER'S MOTIONS FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL

This matter comes before the Court on Petitioner's application to proceed in forma pauperis ("IFP"), Dkt. #1, and Motion to Appoint Counsel, Dkt. #2.

Petitioner's application demonstrates that he is unable to afford the filing fee. Upon review of Petitioner's Motion, Dkt. #2, and his habeas petition, Dkt. #1-1, and in light of the complexity of the legal issues involved, the Court finds that it is in the interest of justice to appoint counsel for Petitioner. Accordingly, Petitioner's Motions will be granted.

Having reviewed the instant Motions and remainder of the docket, the Court hereby finds and ORDERS that Petitioner's Motion to Proceed *In Forma Pauperis*, Dkt. #1, and Motion to Appoint Counsel, Dkt. #2, are GRANTED. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus without prepayment of fees. Assistant Federal Public Defender Ann K. Wagner is appointed to represent Petitioner.

    DATED this 12th day of February, 2026.

                           _____

                           Ricardo S. Martinez
                           United States District Judge

ORDER - 1