UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOE SAUL CHICAS,

Petitioner,

v.

PAMELA BONDI, *et al.*,

Respondents.

Case No. C26-451-RSM

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF
TIME

This matter comes before the Court on Petitioner's Motion requesting an extension of time to file a reply in support of his habeas petition or to amend his petition. Dkt. #11. His habeas petition is currently ripe for consideration, with a noting date of March 3, 2026. Dkt. #6. Petitioner filed the instant Motion on the due date, and his counsel requests a two-week extension due to confusion over an appeal and needing more "time to consult with Petitioner about the government's return and to conduct additional research about claims available in the case's current posture." Dkt. #11 at 1.

"A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," LCR 7(j), and a motion for relief should be granted where "good cause" exists. *See Allstate Indem. Co. v. Lindquist*, No. C20-1508-JLR, 2022 WL 1443676, at *2 (W.D. Wash. May 6, 2022).

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

Petitioner's Motion is noted for March 17, 2026. *Id*. However, given the above and the nature of this case, the Court finds good cause to consider the Motion prior to the noting date and grant Petitioner's request. *See* Fed. R. Civ. P. 1.

Accordingly, having considered the instant Motion and remainder of the docket, the Court hereby finds and ORDERS that Plaintiff's Motion for Extension of Time, Dkt. #11, is GRANTED. The deadline for Petitioner to file a reply in support of his habeas petition and/or an amended petition is extended by two weeks, no later than March 17, 2026.

DATED this 9th day of March, 2026.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2